BARBER & ASSOCIATES, LLC
ATTORNEYS AT LAW
540 E. FIFTH AVENUE
ANCHORAGE, ALASKA 99501
PHONE: (907) 276-5858
FAX: (907) 276-5817

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT

KATHLEEN GOVETT,

    Plaintiff,

vs.

WALMART, INC.

    Defendant.

Case No. 3AN-21-06358CI

**COPY**
Original Received
JUN 17 2021
Clerk of the Trial Courts

## COMPLAINT

COMES NOW the plaintiff, KATHLEEN GOVETT, by and through her attorneys, BARBER & ASSOCIATES, LLC, and for her complaint against defendant WALMART, INC., does state and allege as follows:

1. That at all times material hereto, plaintiff was and is a resident of Eagle River, Alaska.

2. That at all times material hereto, defendant was and is a Delaware corporation doing business in Anchorage, Alaska.

3. The defendant is liable for the actions and/or failures to act of its employees under theories of vicarious liability and/or agency and/or respondeat superior.

4. The defendant owned and/or managed and/or occupied and/or controlled a Wal Mart store at 18600 Eagle River Rd. (hereinafter "the Eagle River Walmart"), Anchorage, Alaska, 99577.

5. The defendant was doing business as Walmart.

6. That on or about 09/14/2020, Plaintiff was at the Eagle River Walmart.

7. Plaintiff was a Walmart customer.

8. The defendant had a duty to use care and diligence in the operation of the Eagle River Walmart such that it was reasonably safe for Walmart shoppers to shop there.

9. On or about 09/14/2020, Defendant's employee negligently struck Plaintiff with a grocery stocking cart at the Eagle River, Alaska Walmart as she was shopping, which was a substantial factor in causing Plaintiff to fall and injure herself for which Defendant is liable.

10. Plaintiff was bending down to get an item she wished to purchase when she was struck.

11. Plaintiff fell as a result of being struck by the cart.

12. Plaintiff was injured in the fall.

13. Plaintiff fractured her hip in the fall.

14. Walmart expects Walmart shoppers to look at the items it stocks on the

4482/01 Complaint
Govett v. Walmart, Inc.
Page 2

shelves.

15. Walmart expects Walmart shoppers to pick up an item off the shelf at Walmart if they wish to purchase it.

16. Some of the shelves stocked with items at Walmart are down near ground level.

17. Walmart expects Walmart shoppers to bend down and get items from the shelves near ground level if they wish to purchase those items.

18. Plaintiff was allowed to be where she was when the 09/14/2020 incident occurred.

19. Plaintiff reported the incident to Walmart immediately.

20. Plaintiff was shopping at Walmart on 09/14/2020.

21. Plaintiff had a reasonable expectation that Defendant's employees would operate carts in a safe manner.

22. Plaintiff had a reasonable expectation that she would not be struck by a cart operated by Defendant's employee as she reached out to retrieve an item she wished to purchase from Walmart.

23. Plaintiff was reasonably shopping at Walmart when the incident occurred.

24. The defendant was responsible for the safety of patrons at the area

4482/01 Complaint
Govett v. Walmart, Inc.
Page 3

BARBER & ASSOCIATES, LLC
ATTORNEYS AT LAW
540 E. FIFTH AVENUE
ANCHORAGE, ALASKA 99501
PHONE: (907) 276-5858
FAX: (907) 276-5817

where Plaintiff was injured.

25. On information and belief, Defendant has admitted that its employee was negligent in striking Plaintiff with the cart.

26. Defendant's employee was negligent in striking plaintiff with the cart.

27. Defendant is not blaming Plaintiff for causing her own injury.

28. Defendant is not blaming anyone other than its employee for causing Plaintiff's injury.

29. The defendant is liable for negligent hiring and/or training and/or supervision and/or retention which was a substantial factor in causing harm to Plaintiff.

30. On information and belief, defendant has retained and still has the video showing the 09/14/2020 incident.

31. On information and belief, defendant has retained and still has all video showing Plaintiff at the Eagle River Walmart on 09/14/2020.

32. On information and belief, defendant has retained and still has all video of Defendant's employee who struck Plaintiff with the cart operating the cart at any time at the Eagle River Walmart on 09/14/2020.

33. On information and belief, other customers of the Defendant at Walmart stores nationwide have suffered injuries involving being struck by Defendant's

4482/01 Complaint
Govett v. Walmart, Inc.
Page 4

employees pushing carts.

34. On information and belief, safety policies at the defendant's store were set by Walmart Inc. based on incidents and experiences at Walmart stores nationwide.

35. On information and belief, safety policies set by Walmart Inc. Were reviewed by Defendant's employee who struck Plaintiff with the cart prior to the cart strike incident on 09/14/2020.

36. Prior to Plaintiff's injury, the defendant negligently and/or recklessly and/or intentionally failed to take reasonable steps to prevent customer injuries, including but not limited to reasonably investigating past employee conduct giving rise to similar incidents causing customer injuries.

37. The defendant is liable for past and/or future: medical expense, pain, suffering, disability, loss of enjoyment of life, inconvenience, physical impairment, loss of non-market household services, and other non-pecuniary damages to be more fully set forth at trial, all in an amount in an amount in excess of $100,000.00 (ONE HUNDRED THOUSAND DOLLARS), the exact amount to be set by the trier of fact.

WHEREFORE, having fully pled the plaintiff's complaint, plaintiff requests a judgment against defendant in excess of $100,000.00 (ONE HUNDRED THOUSAND DOLLARS) to be established by the trier of fact, plus interest, costs and attorney fees and such other relief as the court deems just.

4482/01 Complaint
Govett v. Walmart, Inc.
Page 5

DATED at Anchorage, Alaska this 15 day of June, 2021.

BARBER & ASSOCIATES, LLC
Attorneys for Plaintiff

By: /s/
ADAM WINNER
AK Bar #1205041

BARBER & ASSOCIATES, LLC
ATTORNEYS AT LAW
540 E. FIFTH AVENUE
ANCHORAGE, ALASKA 99501
PHONE: (907) 276-5858
FAX: (907) 276-5817

4482/01 Complaint
Govett v. Walmart, Inc.
Page 6